# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

MARCUS FULTON,               )
                             )
                             )
         Plaintiff(s),          )
                             )
         vs.                    )       Case No.  4:16-cv-313
                             )
COMMUNICATIONS UNLIMITED, INC., et al.,      )
                             )
         Defendant(s).       )

## DISCLOSURE OF ORGANIZATIONAL INTERESTS
## CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for <u>Plaintiff</u> hereby discloses the following organizational interests:

1.      If the subject organization is a corporation,

         a.      Its parent companies or corporations (if none, state "none"):

              N/A as to plaintiff

         b.      Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

              N/A as to plaintiff

         c.      Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

              N/A as to plaintiff

2.      If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship: N/A as to plaintiff

                                 <u>/s/ Lee W. Barron</u>
                                 Signature (Counsel for Plaintiff/Defendant)
                                 Print Name: <u>Lee W. Barron</u>
                                 Address: <u>112 Front Street</u>
                                 City/State/Zip: <u>Alton, IL 62002</u>
                                 Phone: <u>618-462-9160</u>

## Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: _____, 20_____.

                             _____

                             Signature