**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MARCUS FULTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 4:16-cv-313 |
| v. ) | |
| ) | |
| COMMUNICATIONS UNLIMITED, INC., ) | |
| Et al., ) | |
| ) | |
| Defendants. ) | |

**COMMUNICATIONS UNLIMITED ALABAMA, INC.'s JOINDER**
**IN CUI's RESPONSE TO AUGUST 2, 2017 ORDER [DOC. #: 71]**

COMES NOW separate defendant Communications Unlimited Alabama, Inc. and joins and adopts CUI's Response to the August 2, 2017 Order [Doc. #: 71].

WHEREFORE, Communications Unlimited Alabama, Inc. prays this Court to dismiss each opt-in individual and/or their Consent to Join forms and for any other relief this Court deems just and proper.

LUDWIG LAW FIRM, LLC

/s/ Fredrick J. Ludwig
Fredrick J. Ludwig, #49678MO
9666 Olive Boulevard, Ste. 690
St. Louis, Missouri  63132
314-203-0660
314-725-9720 (FAX)
fredrick@ludwig.law
Counsel for Separate Defendant
Communications Unlimited Alabama, Inc.

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and accurate copy of the forgoing was served on all parties of record on August 24, 2017 by operation of this Court's Electronic Filing System.

                                                 /s/ Fredrick J. Ludwig