UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARCUS FULTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16 CV 313 RWS |
| | ) | |
| COMMUNICATIONS UNLIMITED, INC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On September 28, 2017, I held a status conference in this matter to address case management deadlines and further prosecution of this case. Neither Plaintiff nor his counsel appeared at the conference. Accordingly, I ordered Plaintiff to show cause, no later than October 18, 2017, why this case should not be dismissed without prejudice for Plaintiff's failure to prosecute this case. As of the date of this order, neither Plaintiff nor his counsel have responded to the show cause order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's claims are dismissed without prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of October, 2017.